| Fill in this information to identify your case: |
| --- |

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

Case number *(if known)* _____     Chapter ___11___

☐ Check if this an amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy

06/24

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

**1.  Debtor's name**

SSR Hospitality, LLC

**2.  All other names debtor used in the last 8 years**

Include any assumed names, trade names and *doing business as* names

**3.  Debtor's federal Employer Identification Number** (EIN)

27-2705603

**4.  Debtor's address**

**Principal place of business**

4909 Oakton Street
Skokie, IL 60077
Number, Street, City, State & ZIP Code

Cook
County

**Mailing address, if different from principal place of business**

P.O. Box, Number, Street, City, State & ZIP Code

**Location of principal assets, if different from principal place of business**

3600 East Cork Street Kalamazoo, MI 49001
Number, Street, City, State & ZIP Code

**5.  Debtor's website** (URL)

**6.  Type of debtor**

☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor    SSR Hospitality, LLC

_____    Case number (if known) _____

Name

---

**7.    Describe debtor's business**

A. *Check one:*

☐  Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐  Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐  Railroad (as defined in 11 U.S.C. § 101(44))

☐  Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐  Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐  Clearing Bank (as defined in 11 U.S.C. § 781(3))

☒  None of the above

B. *Check all that apply*

☐  Tax-exempt entity (as described in 26 U.S.C. §501)

☐  Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐  Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

---

**8.    Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐  Chapter 7

☐  Chapter 9

☒  Chapter 11. *Check **all** that apply:*

    ☐  Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).

    ☐  The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐  The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

    ☐  A plan is being filed with this petition.

    ☐  Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐  The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐  The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐  Chapter 12

---

**9.    Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

☒  No.

☐  Yes.

| | District | When | Case number |
|---|---|---|---|
| | _____ | _____ | _____ |
| | _____ | _____ | _____ |

---

**10.    Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐  No

☒  Yes.

List all cases. If more than 1, attach a separate list

| Debtor | Schiller Park Hospitality LLX | Relationship | Similar ownership |
|---|---|---|---|
| District | Northern District of Illinois | When  1/30/25 | Case number, if known  25-01447 |

---

Debtor    SSR Hospitality, LLC
_____     Case number (*if known*) _____
         Name

---

**11. Why is the case filed in this district?**

Check all that apply:

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                          Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.    Insurance agency _____

           Contact name _____

           Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds** .

Check one:

☒ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☒ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

---

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☒ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50   million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☒ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50   million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

| Debtor | SSR Hospitality, LLC | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

---

**Request for Relief, Declaration, and Signatures**

---

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    February 13, 2025
 MM / DD / YYYY

**X** /s/  Amin Amdani
Signature of authorized representative of debtor

Amin Amdani
Printed name

Title    Member

---

**18. Signature of attorney**

**X** /s/ Penelope Bach
Signature of attorney for debtor

Date    February 13, 2025
 MM / DD / YYYY

Penelope Bach
Printed name

Bach Law Offices
Firm name

P.O. Box 1285
Northbrook, IL 60065
Number, Street, City, State & ZIP Code

Contact phone    (847) 564-0808x216      Email address    pnbach@bachoffices.com

IL
Bar number and State

```
Fill in this information to identify the case:
Debtor name    SSR Hospitality, LLC
United States Bankruptcy Court for the:   NORTHERN DISTRICT OF
                                          ILLINOIS, EASTERN DIVISION
Case number (if known):  _____
```

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Antolik Hospitality 874 Lakeside Drive Bartlett, IL 60103 | | | | | | $28,068.00 |
| Bask Development Inc 1375 Remington Road Suite E Schaumburg, IL 60173 | | | | | | $107,563.61 |
| BMI PO Box 630893 Cincinnati, OH 45063-0893 | | | | | | $7,796.77 |
| Buist Elecetric 2-84th Street SW Byron Center, MI 49315 | | | | | | $45,000.00 |
| Card Member Services PO Box 1423 Buckhannon, WV 26201 | | | | | | $5,681.42 |
| Consumer's Energy 2500 E Cork Street Cincinnati, OH 49001 | | | | | | $19,228.97 |
| CUSA, LLC 1300 Ridenour Blvd NW Suite 200 Kennesaw, GA 30152 | | | | | | $34,501.09 |
| Dalkin Confort Technologies Mftg LP 1501 North Plani Rd Richardson, TX 75081 | | | | | | $10,575.28 |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com                                                                           Best Case Bankruptcy

| Debtor | SSR Hospitality, LLC | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Elite Landscape and Snow Services PO Box 1192 Portage, MI 49081 | | | | | | $16,640.97 |
| EWCapital Loan Fund III LP PO Box 1192 Fort Worth, TX 76107 | | | | | | $44,686.72 |
| Kalamazoo City Treasurer 241 W. South Street Kalamazoo, MI 49007 | | | | | | $172,723.70 |
| Kalamazoo County Treasurer 201 W. Kalamazoo Ave Kalamazoo, MI 49007 | | | | | | $83,814.85 |
| Marriott International Inc 7750 Wisconsin Ave Bethesda, MD 20814 | | | | | | $333,901.61 |
| Michigan Department of Treasury Lansing, MI 48922 | | | | | | $229,499.40 |
| Nichols Paper Supply Company N 8995 Oine Street Nichols, WI 54152 | | | | | | $9,306.78 |
| Orkin, LLC 4123 E, Centre Avenue Portage, MI 49002-9439 | | | | | | $8,690.39 |
| Schindler Elevator Corp 20 Whippany Road Morristown, NJ 07960 | | | | | | $13,180.86 |
| Servpro of East Kalamazoo 1121 Miller Road, #2691 Kalamazoo, MI 49003 | | | | | | $7,076.55 |
| Tachout Security Solutions, Inc. G-2348 Stone Bridge Drive Building H Flint, MI 48532 | | | | | | $15,169.57 |
| TravelClick, Inc. PO Box 71199 Chicago, IL 60694 | | | | | | $8,538.00 |

Official form 204          Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims          page 2

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Northern District of Illinois, Eastern Division

In re   SSR Hospitality, LLC _____    Case No. _____
                                          Debtor(s)            Chapter   11

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    ☐  **FLAT FEE**

        For legal services, I have agreed to accept ....................................................  $  _____

        Prior to the filing of this statement I have received ......................................  $  _____

        Balance Due ...................................................................................................  $  _____

    ☒  **RETAINER**

        For legal services, I have agreed to accept and received a retainer of............................  $    10,000.00

        The undersigned shall bill against the retainer at an hourly rate of...............................  $      425.00
        [Or attach firm hourly rate schedule.] Debtor(s) have agreed to pay all Court approved fees and expenses exceeding the amount of the retainer.

2.   The source of the compensation paid to me was:

        ☐ Debtor      ☒ Other (specify):    Opine Wrightwood LLC

3.   The source of compensation to be paid to me is:

        ☒ Debtor      ☐ Other (specify):

4.   ☒ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

        ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

        a.  Representation of the debtor in adversary proceedings and other contested bankruptcy matters;
        b.  [Other provisions as needed]

6.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

### CERTIFICATION

    I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| | |
|---|---|
| February 13, 2025 | /s/ Penelope Bach |
| *Date* | Penelope Bach |
| | *Signature of Attorney* |
| | Bach Law Offices |
| | P.O. Box 1285 |
| | Northbrook, IL 60065 |
| | (847) 564-0808x216   Fax: (847) 564-0985 |
| | pnbach@bachoffices.com |
| | *Name of law firm* |

---



## Chapter 11 Retainer Agreement

Dated: January 28, 2025

Amin Amdani
SSR Hospitality, LLC
4909 Oakton Street
Skokie, Illinois 60077

      Re:   *Chapter 11 Bankruptcy Representation*

Dear Mr. Amdani     :

*Bach Law Offices, Inc.* ("We" or the "Firm") is honored that you have selected us to represent SSR Hospitality, LLC ("Client") as insolvency and bankruptcy counsel. Our objective is to provide high quality legal services to SSR Hospitality, LLC at a fair and reasonable cost. This letter ("Agreement") outlines the basis upon which we will provide legal services to SSR Hospitality, LLC and confirms our understanding with respect to payment of legal fees, costs and expenses incurred with such representation. We apologize for the formality of this agreement, but we believe that it is important for you to have a clear understanding of our policies regarding legal fees and costs from the beginning of our relationship. Moreover, many of the provisions of this letter are required or recommended by the Illinois State Bar and the Illinois Rules of Professional Responsibility.

**1.     Scope of Services; Client Duties.** SSR Hospitality, LLC is hiring us as attorneys to represent them as bankruptcy counsel in a Chapter 11 case . We will keep you informed of the progress of the case and will be available to you to answer any questions you might have. If at any time you determine that SSR Hospitality, LLC needs to file a Chapter 7 bankruptcy case instead of the Chapter 11 case, the parties will need to execute a new fee agreement setting forth the terms of such representation. If you elect to convert the Chapter 11 case to a Chapter 7 case, then we shall be under no duty to prepare and file the necessary court papers until the new fee agreement has been signed and the agreed upon fees paid.

**2.     Assumptions under this agreement.**
     a.     You have provided all requested information.
     b.     You have provided complete and accurate information.
     c.     Your circumstances, especially your current monthly income (as defined by the Bankruptcy Code) does not substantially change prior to the filing of the case.
     d.     You will provide all requested documents within 15 days of the date of this Agreement.


**3.** **Retainer**. For us to begin our representation, you agree to forward a retainer in the total amount $10,000.00. The total $10,000.00 of the retainer is due prior to the Chapter 11 being filed. This retainer will be deposited in our attorney business account but we may use these funds, up to the full $10,000.00 to pay our fees and costs, subject to Court approval of any fees or costs incurred after your case is filed.

Under the 2007 Illinois Supreme Court case of Dowling v. Chicago Options Assoc., Inc. we are required to make certain disclosures to you about the retainer you would be paying pursuant to the above paragraph. The retainer is called an "Advanced Payment" Retainer. The Advance Payment Retainer means that the payments made by Client to Attorney are present payment to us in exchange for our commitment to provide legal services to you in the future. The fees paid by the Client will be deposited in our business account and not in our trust account. This means that we own the fees immediately upon payment. If our representation of Client ends before the retainer is exhausted, the retainer is subject to refund to you pursuant to the Illinois Rule of Professional Conduct.

Any unused portion of the retainer at the conclusion of our representation will be refunded to SSR Hospitality, LLC or the party who advanced it.

**4.** **Legal Fees and Billing Practices**. Professional fees charged reflect a number of factors, including the number of attorney hours incurred, the relative experience of the attorney(s) performing the services, the difficulty of the matter, and the results obtained for the client. Our professional fees are determined by multiplying the actual number of hours incurred by the hourly billing rate. From time to time, our hourly billing rates will change. We will notify you of any changes in the firm's hourly rate structure. Our minimum billing unit is one-tenth of an hour, and services will be recorded and billed in tenths of an hour increments.

We will charge SSR Hospitality, LLC for all activities undertaken in providing legal services to SSR Hospitality, LLC under this Agreement, including but not limited to the following: conferences, including preparation and participation; preparation and review of correspondence, email and other documents; legal research and analysis; court and other appearances, including preparation and participation; and communications, including email, telephone, facsimile, in-person and other communications with you, other attorneys or persons involved with this matter, governmental agencies and any other party or person contact with whom is advisable for our representation. The legal personnel assigned to this matter may confer among themselves about the matter, as required. When they do confer, each will charge for the time expended. If more than one of our legal personnel attends a meeting, court hearing or other proceeding, each will charge for the time spent only if it is necessary in our judgment to have two or more personnel at the meeting, hearing or proceeding. We charge for waiting and portal-to-portal travel time, both local and out of town.

Currently our hourly rates range from $125.00 per hour for paralegals/legal assistants to $425.00 for lawyers. SSR Hospitality, LLC agrees to pay our fees and costs based upon our then prevailing hourly rates and charges at the time the services are rendered.



You hereby authorize the secure destruction of your file seven years after it is closed, and agree that we shall have no liability for destroying any records, documents, or exhibits still in our possession at the end of five years. All future work for SSR Hospitality, LLCin other matters will be handled in accordance with this Agreement at our regular hourly rates unless otherwise agreed upon.

**5.      Costs and Other Charges**. We will incur various costs and expenses in the normal course of performing legal services under this Agreement. Costs and expenses commonly include filing and recordation fees, court reporters' fees, computer legal research, messenger and other delivery services, postage, parking and other local travel expenses, telecopying, photocopying and other reproduction costs. You agree to pay transportation, meals, lodging and all other costs of any necessary travel by our personnel.  SSR Hospitality, LLC will be charged the hourly rates for the time we spend traveling, both local and out of town.  SSR Hospitality, LLC also agrees to pay for charges such as expert witness fees, title insurance fees, consultant and investigator fees, and the like. Photocopying is currently billed at $0.05 per page, and motor travel at IRS standards. The Chapter 11 filing fee is $1,717.00, which will be paid as part of the initial retainer. The firm reserves the right to require that certain costs, such as travel expenses, expert witness fees and deposition transcripts, be paid in advance directly by the client, or be paid into escrow before such costs are incurred.

**6.      Billing Statements**. Once your case has been filed, we will file a motion in the Bankruptcy Court for approval of our fees for services based on time and expenses up until the date of filing the Motion. We will always send you a copy of this motion with a detailed itemization of all fees and costs incurred and the basis for the fees and costs.

Upon Court approval of these fees, we will send you an itemized statement indicating fees and costs incurred and their basis, any amounts applied from the retainer, and any current balance owed, as well as any deductions requested by the Court if any. This billing statement will list the professionals who worked on your matter for that billing period with their hourly billing rates.

Should you have any questions concerning any statement, we encourage you to discuss them with us prior to the Court date listed on the Motion for Fees so that we may have an opportunity to resolve any misunderstandings in a mutually agreeable manner.

Any fees or costs due after application of your retainer, as determined by the Court and after approval of a fee application and notice to you, must be paid promptly.

Payment of fees and costs shall be made upon receipt of orders approving fees (or, after confirmation of your plan, upon receipt of invoices therefore), with payment received in our office no later than 5 days after the date of the order or invoice.


**7.     Chapter 11 Filing.** The ultimate fees to be awarded the Firm for its representation of SSR Hospitality, LLC in the Chapter 11 case must be approved by the Bankruptcy Court. Interim applications for compensation and reimbursement of expenses will be filed by the Firm with the Bankruptcy Court to obtain authorization for further payment. Generally, interim applications are made on a quarterly basis, but may be submitted more often.  SSR Hospitality, LLC agrees to pay any award of compensation upon the entry of a Court order authorizing such award.

SSR Hospitality, LLC agrees that you shall perform fully and conscientiously all the duties of a Debtor and Debtor-in-Possession under the Bankruptcy Code, and shall timely comply with all reasonable requests for information or reports by the U.S. Trustee, any Creditor's Committee, and the Firm. These duties may include, but are not limited to, gathering and reviewing all of the information necessary for filing a complete and accurate list of all assets, creditors, budget, a schedule of executory contracts and unexpired leases, the Statement of Financial Affairs, and the Statement of Current Income and Expenses. You acknowledge having received a Questionnaire assisting the Firm in completing such documents, and agrees to timely, completely, and accurately complete the Questionnaire.

If during the course of the bankruptcy you wish to sell, refinance or pledge as security real property or any of your other assets, you must let us know so that we can ask the Court for approval. If you do not do this, the property or asset may not be able to be legally transferred, refinanced or pledged, which can cause significant problems both with the transaction and with your bankruptcy case. You must provide us with a copy of the listing agreement and/or contract for sale of the property before such document is signed by you.

Some debts, such as student loans, domestic support obligations (alimony, child support arrearages, etc.) and certain taxes, may not be dischargeable in your case. Liens, such as security interests, homeowner's liens and mortgages, may not released upon your confirmation, and you may need to make arrangements for the payment of such debts or surrender the property securing them after the conclusion of your case. Post-petition/pre-foreclosure homeowner's and condominium association charges are not discharged. You have been advised to close or draw down any financial account at an entity to which you owe or may owe money.

You authorize us to obtain information about your assets, credit (including credit reports), taxes, debts, income, expenses and other public and non-public information that may be used to verify and ensure the completeness of the information you provide to us. Such information may not be comprehensive or complete. It is obtained for background information and to aid our verification only. We will prepare your bankruptcy filings based upon information supplied by you. We will rely upon this information as being true, accurate, complete and correct. It is your responsibility to disclose your ownership or interest in and prior ownership or interest in all assets, regardless of value, and all debts and claims, regardless of amount. If a creditor is not listed, the debt to such creditor may not be discharged. If false, incorrect or incomplete information is included, or information is omitted, it can cause you additional effort and expense to remedy the error, may place the bankruptcy itself in jeopardy and could result in civil or criminal liability. It is vitally important that the information included in the bankruptcy schedules be complete and correct to avoid any problems. You will review all documents filed as part of your bankruptcy case,


and your signature on those documents signifies that you have read and understood them, and agree with their contents. In cases of joint representation of spouses, communication with one spouse will be deemed communication with both spouses. We may disclose to both spouses any facts disclosed by either spouse.

You must preserve all records and documents related in any way to this matter, including all electronic documents and data.

After your case is filed, unless otherwise instructed by this office, you must pay all taxes incurred after the date of filing (and file all necessary tax returns), maintain any required insurance, file all required monthly reports, pay quarterly U.S. Trustee fees and any adequate protection payments, and make all payments called for under your plan, once confirmed. Failure to do so may result in dismissal or conversion of your bankruptcy or sale of your property.

If during the course of the bankruptcy you wish to sell, refinance or pledge as security real property or any of your other assets, you must let us know so that we can ask the Court for approval. If you do not do this, the property or asset may not be able to be legally transferred, refinanced or pledged, which can cause significant problems both with the transaction and with your bankruptcy case. You must provide us with a copy of the listing agreement and/or contract for sale of the property before such document is signed by you.

8.      **Discharge and Withdrawal.** You may discharge us at any time and we may withdraw from your representation after approval by the Court. Reasons for our withdrawal may include, but are not limited to, your breach of this Agreement, your failure to pay our bills as they become due, your refusal to cooperate with us or follow our advice on a material matter, or any fact or circumstance that would render our continuing representation of you unlawful, unethical or impracticable.

Upon cessation of our active involvement in any particular matter, even if we continue to represent you in other matters, we will have no duty to inform you of future developments, deadlines or changes in the law.

9.      **Disclaimer of Guarantee; Risks.** Nothing in this Agreement should be construed as a promise or guarantee about the outcome of any matter that we are handling on your behalf. Our comments about the outcome of matters pertaining to you are expressions of opinion only. There are risks in filing for bankruptcy, including the possible liquidation or loss of property. You also understand that the bankruptcy law is subject to different interpretations and that there are inherent risks in how Courts will apply various provisions. In a Chapter 11 you cannot dismiss your case without prior Court approval, and the case can be converted to Chapter 7 without your approval. Since approval of a Chapter 11 plan requires the consent of creditors, no guarantees or representations are made as to whether such approval will or can be obtained.

10.     **Entire Agreement.** This letter contains all of the terms of the agreement between us applicable to our representation and may not be modified except by a written agreement signed by both of us. There are no promises, terms, conditions or obligations applicable to our representation hereunder, except as expressly set forth in this



Penelope N. Bach

Paul M. Bach

Agreement, and the terms hereof supersede any previous oral or written agreements between us with respect to our representation hereunder.

**11.    Effective Date.** Please confirm that this letter accurately reflects our agreement, and that you understand and waive any potential conflicts of interest, by signing the duplicate copy of this Agreement and returning it to us along with your retainer amount stated above. The representation covered by this Agreement commences only upon the receipt by this office of such items.

If you have any questions concerning the provisions of this Agreement, please do not hesitate to call me. We look forward to the privilege of working with you.

Very truly yours,

*Paul M Bach*

*Paul M. Bach, Esq.*

UNDERSTOOD AND AGREED TO:

_____          _____
                                          *Date*

_____          _____
                                          *Date*

6

## United States Bankruptcy Court
### Northern District of Illinois, Eastern Division

In re   SSR Hospitality, LLC                                         Case No. _____

                                           Debtor(s)          Chapter    11

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors:                        102

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:   February 13, 2025                         /s/  Amin Amdani
                                                   Amin Amdani/Member
                                                   Signer/Title

```
AAA
1000 AAA Drive
Heathrow, FL 32746-5063


Air Zoo
6151 Portage Road
Portage, MI 49002


AllSeated, Inc.
PO Box 207564
Dallas, TX 75320


AM Supply
5190 West Michigan Avenue
Kalamazoo, MI 49006


American Screen Printing
6625 Lovers Ln
49002


Antolik Hospitality
874 Lakeside Drive
Bartlett, IL 60103


Arrow Complete Communications
43422 West Oaks Drive, #224
Novi, MI 48377


ASCAP
PO Box 331608
Nashville, TN 37203-7515


Bask Development Inc
1375 Remington Road
Suite E
Schaumburg, IL 60173


Belaire Heating and Cooling
781 Lenix Ave
Portage, MI 49024


BMI
PO Box 630893
Cincinnati, OH 45063-0893


Book My Group
PO Box 10783
Fairfield, NJ 07004


Booking.com
PO Box 1639
Amsterdam 1000 BP The Netherlands


Bremer & Bouman
1145 Washington Ave
Holland, MI 49423
```

Buist Elecetric
2-84th Street SW
Byron Center, MI 49315


Cadillac Coffee Company
PO Box 1588
Troy, MI 48099


Canteen Refreshment Services
PO Box 91337
Chicago, IL 60693-1337


Carbon's Golden Malted
New Carbon Company. LLC
PO Box 129
Concordville, PA 19331-0128


Card Member Services
PO Box 1423
Buckhannon, WV 26201


Cartridge World
4512 Stadium Drive
Kalamazoo, MI 49008


Cendyn
Dept LA23832
Pasadena, CA 91185-3832


CertaSite, LLC
PO Box 772443
Detroit, MI 48277-2443


City of Kalamazoo
Kalamazoo City Treasurer
241 W. South St
Kalamazoo, MI 49007-4750


City of Kalamazoo
c/o Planning and Development
241 W. South Street
Kalamazoo, MI 49007-4750


City of Kalamazoo Treasurer
241 W. South Street
Kalamazoo, MI 49007-4750


Clark Logic, LLC
3700 E. Miham Road
Suite A
Portage, MI 49002


Clean Earth Environmental Services
Dale W. Hubbard, Inc
5189 King Highway
Kalamazoo, MI 49048

Collegiate Sports Travel
101 Opp Avenue
Andalusia, AL 36420


Consumer's Energy
2500 E Cork Street
Kalamazoo, MI 49001


Consumer's Energy
2500 E Cork Street
Cincinnati, OH 49001


Continetnal Linen Service
4200 Manchester Road
Kalamazoo, MI 49001


Cruise and Tours Unlimited
9125 Phillips HIghway
Jacksonville, FL 32256


CT Electrical Services Inc
2535 Saida Road
Kalamazoo, MI 49001


CUSA, LLC
1300 Ridenour Blvd NW
Suite 200
Kennesaw, GA 30152


D & D Printing
2531 AZO Drive
Kalamazoo, MI 49048


Dalkin Confort Technologies Mftg LP
1501 North Plani Rd
Richardson, TX 75081


Dan Wood Co
3960 E Miham
Portage, MI 49002


Data Guardian
9136 Portage Industrial Dr
Suite A
Portage, MI 49024-6194


Direct TV
PO Box 5006
Carol Stream, IL 60197-5006


Elite Amatuer Sports
37975 Shoreline Dr
Harrison Township, MI 48045

Elite Landscape and Snow Services
PO Box 1192
Portage, MI 49081


EWCapital Loan Fund III LP
PO Box 1192
Fort Worth, TX 76107


Expedia Group
PO Box 844120
Dallas, TX 75284-4120


Gordon Water Services
618 E. Crosstown Parkway
Kalamazoo, MI 49001


Great Lakes Wine and Spirits
373 Victor Avenue
Highland Park, MI 48203


Grid4 Communications Inc
PO Box 77000
Dept. 77224
Detroit, MI 48277-0224


Gypsum Supply Company
PO Box 74008895
Chicago, IL 60674-8895


Holiday Inn Express & Suites
3630East Cork Street
Kalamazoo, MI 49001


Hospitality Performance Network
8800 Raintree Drive
Suite 260
Scottsdale, AZ 85260


Huntington Bank
PO Box 77077
Minneapolis, MN 55480


Indusco
1445 S. Washington Ave
Lansing, MI 48910


Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346


Kalamazoo City Treasurer
241 W. South Street
Kalamazoo, MI 49007-4750

Kalamazoo City Treasurer
241 W. South Street
Kalamazoo, MI 49007


Kalamazoo County Treasurer
201 W. Kalamazoo Ave
Kalamazoo, MI 49007


Koddi Inc.
2821 W 7th Street
Suite 270
Fort Worth, TX 76107


Legends Draft Tournement
76 Harvard PL
Buffalo, NY 14209


Lexyl Travel Technologies
PO Box 645452
Pittsburgh, PA 15264-5452


LGBTQ Guide
PO Box 34965
Phoenix, AZ 85067


LIncoln Motor Car Foundation
PO Box 805932
Saint Clair Shores, MI 48080


Located LLC
PO Box 126
Barryville, NY 12719


Lomaxx Roof Repair
2778 127th Avenue
Allegan, MI 49010


Marriott International Inc
7750 Wisconsin Ave
Bethesda, MD 20814


Mesa Airlines
265 Briad Hollow Road
3rd Floor
Melville, NY 11747


Michigan Department of Treasury
Lansing, MI 48922


Nichols Paper Supply Company
N 8995 Oine Street
Nichols, WI 54152


Oasis Lawn Care
811 Gayle
Kalamazoo, MI 49048

Orkin, LLC
4123 E, Centre Avenue
Portage, MI 49002-9439


Pens.com
1 Sharpie Way, Building 3
Shelbyville, TN 37160


Pepsi Beverages Company
2725 E. Kilgore Rd
Portage, MI 49002


ProTravel International
1633 Briadway
35th Floor
New York, NY 10019


R-Comm Media
PO Box 215
Ravenna, MI 49451


Rentalex
903 E. Vine
Kalamazoo, MI 49001


Republic Services
PO Box 9001099
Louisville, KY 40290-1099


Ricoh USA, Inc.
PO Box 802815
Chicago, IL 60680-2815


Road Rebel Entertainment Touring Inc.
2869 Historic Decatur Road
San Diego, CA 92106


Royal Cup
PO Box 841000
Dallas, TX 75284-1000


RR Donnelley
7810 Solution Center
Chicago, IL 60677


Schindler Elevator Corp
20 Whippany Road
Morristown, NJ 07960


Servpro of East Kalamazoo
1121 Miller Road, #2691
Kalamazoo, MI 49003


SESAC, Inc.
PO Box 5246
New York, NY 10008-5246

Shorts Travel Management
1203 W. Ridgeway Avenue
Waterloo, IA 50701


Sonfi Solutions Inc
PO Box 505225
Saint Louis, MO 63150-5225


Stafford-Smith Inc.
3414 S. Burdik Street
Kalamazoo, MI 49001


Stanley Steemer
8225 Peiffer Farms Drive
Suite 500
Byron Center, MI 49315


State of MIchigan
Michigan Deoartment of Treasury
Lansing, MI 48922


Sterling Talent Solutions
PO Box 35626
Newark, NJ 07193-5626


Suds Mobile Cleaning Systems
112 Calico Avenue
Portage, MI 49002


Sweetwater's Donut Mill
2138 South Sprinkle Road
Kalamazoo, MI 49001


Sysco Grand Rapids
3700 Sysco Court  SE
Grand Rapids, MI 49512


T&M Contracting
38720 W. Michigan Avenue
Battle Creek, MI 49037


TA Connections
PO Box 74008563
Chicago, IL 60674


Tachout Security Solutions, Inc.
G-2348 Stone Bridge Drive
Building H
Flint, MI 48532


Taps Draft Service
22158 Jasmine Way
Mattawan, MI 49071

The Canopeum
126 Peekstock
Kalamazoo, MI 49001


The Harrtford
PO Box 660916
Dallas, TX 75266-0916


The Sherwin Williams Co
5343 South Westnedge Ave
Portage, MI 49002-0407


Tradavo
3333 S. Wadsworth Blvd, Suite 125
Denver, CO 80227-5122


TravelClick, Inc.
PO Box 71199
Chicago, IL 60694


Traveling Teams Inc
PO Box 771954
Detroit, MI 48277-1954


VKAPOOR57@gmail.com's
2038 N 73rd Court
Elmwood Park, IL 60707


Wasserstrom
PO Box 182056
Columbus, OH 43218-2056

# United States Bankruptcy Court
## Northern District of Illinois, Eastern Division

In re   SSR Hospitality, LLC _____

_____        Case No. _____
Debtor(s)            Chapter    11

### CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   SSR Hospitality, LLC   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

☒ None [*Check if applicable*]

February 13, 2025 _____        /s/ Penelope Bach _____
Date                      Penelope Bach
                          Signature of Attorney or Litigant
                          Counsel for   SSR Hospitality, LLC
                          Bach Law Offices
                          P.O. Box 1285
                          Northbrook, IL 60065
                          (847) 564-0808x216  Fax:(847) 564-0985
                          pnbach@bachoffices.com