**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

| | |
|---|---|
| In Re: ) | |
| ) | |
| SSR Hospitality LLC, ) | NO. 25-01447 |
| ) | |
| Debtor. ) | |
| ) | Chapter 11 |
| ) | |
| ) | Honorable Judge David D. Cleary |

**NOTICE OF MOTION**

TO:   CRE Bridge Capital, c/o Harold Isreal, Levenfeld Pearlstein, LLC, 120 S Riverside Plaza, Suite 1800, Chicago, IL 60606 **VIA email to: hisrael@lplegal.com and ECF Mail**
    Office of the United States Trustee, 219 South Dearborn Street, Room 873, Chicago, IL. 60604 c/o Jeffrey Gansberg **VIA Email to:** Jeffrey.L.Gansberg@usdoj.gov **and ECF Mail**

PLEASE TAKE NOTICE that on February 21, 2025, at 9:00 a.m., I will appear before the Honorable David D. Cleary, or any judge sitting in that judge's place, either in courtroom 644 of the Dirksen Federal Building, 219 S. Dearborn, Chicago, Illinois, or electronically as described below, and present **SSR HOSPITALITY LLC**'s **EMERGENCY MOTION FOR USE CASH COLLATERAL BELONGING TO CRE BRIDGE CAPITAL, LLC REGARDING THE DEBTOR'S HOTEL AND REAL ESTATE**, a copy of which is attached.

**This motion will be presented and heard electronically using Zoom for Government.** No personal appearance in court is necessary or permitted. To appear and be heard on the motion, you must do the following:

**To appear by video**, use this link: https://www.zoomgov.com/. Then enter the meeting ID and password.

**To appear by telephone**, call Zoom for Government at 1-669-254-5252 or 1-646-828-7666. Then enter the meeting ID and password.

**Meeting ID and password.** The meeting ID for this hearing is 161 122 6457 and Passcode Cleary644. The meeting ID and password can also be found on the judge's page on the court's web site.

**If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no

1

Notice of Objection is timely filed, the court may grant the motion in advance without a hearing.

BY:  S/ PENELOPE N. BACH
BACH LAW OFFICES, INC.
COUNSEL FOR DEBTOR
P.O. BOX 1285
NORTHBROOK, ILLINOIS 60065
PHONE: (847) 564 0808
ATTORNEY NO: 6284659

PROOF OF SERVICE

I, Penelope N. Bach certify that I served this notice and attached motion upon all parties named in this notice as stated on the attached service list by the method stated and if by Email and ECF Mail as stated above, on February 19, 2025.

/s/Penelope N. Bach

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

| | |
|---|---|
| In Re: ) | |
| ) | |
| SSR Hospitality LLC, ) | NO. 25-02208 |
| Debtor. ) | |
| ) | Chapter 11 |
| ) | |
| ) | Honorable Judge David D. Cleary |

**EMERGENCY MOTION FOR USE CASH COLLATERAL
BELONGING TO CRE BRIDGE CAPITAL, LLC REGARDING THE DEBTOR'S
HOTEL AND REAL ESTATE**

NOW COMES the debtor, SSR Hospitality LLC, by and through its attorneys Paul M. Bach and Penelope N. Bach, of Bach Law Offices, Inc., and moves this Court pursuant to 11 USC 363 and Federal Rule of Bankruptcy Procedure 4001(b) to enter an order permitting it to use cash collateral belonging to CRE Bridge Capital, LLC ("CRE") as to the Debtor's Business Assets including but not limited to bank accounts and other assets, equipment, additions, accessions and replacements of those assets ("Business Assets") and in support thereof represents to the Court as follows:

BACKGROUND

1. On February 13, 2025, the Debtor filed a voluntary case under Chapter 11 of title 11 of the United States Code ("Bankruptcy Code").

2. Debtor, SSR Hospitality LLC ("Debtor") owns and operates a hotel located at 3600, 3620 & 3610 E. Cork Street Court, Kalamazoo, Michigan 49001 ("the property").

3

3. CRE has one loan with Debtor which matures on June 14, 2025 with a balance of $3,850,000.00. Attached is a copy of the unsigned Promissory Note, Loan and Security Agreement and the Mortgage for the property.

4. The only secured creditor is CRE.

5. The Debtor asserts that the value of the hotel and real estate is in excess of $5,000,000.00.

6. On information and belief, a lien exists for the hotel and real estate in favor of CRE.

7. The Debtor has accrued utility and other expenses which need to be paid.

8. The Debtor pays its employees every two weeks and the next scheduled payroll date is February 21, 2025. Without the use of cash collateral the Debtor will be unable to pay employees on February 21, 2025. The total amount of the payroll on January 31, 2025 is $46,700.00.

9. If the Debtor is not given the use of Cash Collateral, the Debtor will be unable to pay the expenses of the business. If the expenses are not paid in a timely manner, the Debtor would then be forced into a premature liquidation.

10. The Debtor has attached an average monthly budget to this Motion and requests use of Cash Collateral on an interim basis.

## NOTICE

11. Pursuant to 4001(b) of the Bankruptcy Rules, debtor must give fourteen (14) days' notice to all creditors and parties in interest of a motion requesting leave to use Cash Collateral. Notice of this Motion on a non-emergency basis (an Emergency Application has been filed) will be served upon the United States Trustee, all parties holding a lien on the business assets. The twenty largest unsecured

creditors would then be noticed on any continued date after the Emergency Hearing.

## SECURITY INTEREST OF CRE

12. Debtor believes that there is a pre-petition lien, on the hotel and the parcel of real estate in favor of CRE in a sum that does not exceed the value of all assets at the time of the filing for relief.

## DEBTOR REQUESTS USE OF CASH COLLATERAL

13. The Debtor requires the use of the cash collateral as it is defined in section 363(a) of the Bankruptcy Code and requests authorization of this Court to utilize the cash collateral including a payment to CRE as adequate protection pursuant to the provisions of sections 363(c)(2)(B) of the Bankruptcy Code. A statement showing Debtor's anticipated income and expenses for the business is attached as an Exhibit.

14. The Debtor has communicated with CRE regarding the use of cash collateral prior to filing this motion, the budget is being reviewed by CRE prior to hearing on this emergency motion.

15. CRE will not be harmed by use of cash collateral generated from the assets and proceeds thereof. As to the use thereof, the Debtor proposes that CRE be granted replacement liens upon the assets in Debtor's Possession subsequent to the filing of the Chapter 11 petition to the extent of the collateral utilized, subject to verification of the extent and validity of the liens. The current value of the hotel is in excess of the lien in the approximate amount of $4,000,000.00.

16. The use of cash collateral by the Debtor will cause little, if any, harm to CRE. Conversely, the harm to the Debtor will be substantial because the use of cash collateral is essential to its status as a going concern.

17. The Debtor further believes that CRE is fully protected for the approved value of its lien based on the continued operation of the business.

## DISCLOSURE PURSUANT TO LOCAL RULE 4001-2

18. Debtors represent that none of the provisions of the proposed cash collateral warrant highlighting as required by Local Rule 4001-2

WHEREFORE, Debtor SSR Hospitality LLC, prays that an order be entered as follows:

A.  Authorizing SSR Hospitality LLC to utilize the cash collateral of SSR Hospitality LLC retroactive to the date of filing, to the extent needed pursuant to the attached budget and authorizing the payment retroactive to February 13, 2025;

B.  Granting a lien on the proceeds of the Cash Collateral of CRE, the Debtor acquires subsequent to the filing of the Chapter 11 petition subject to the extent and validity of the lien;

C.  For such other and further relief as this Court deems just and proper.

Respectively Submitted,
SSR Hospitality LLC

By: /s/ Paul M. Bach

Mr. Paul M. Bach, Esq.
Ms. Penelope N. Bach, Esq.
Bach Law Offices, Inc.
Attorneys At Law
P.O. Box 1285
Northbrook, Illinois 60062
Phone (847) 564 - 0808